IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN TERREL WRIGHT, JR.,**
**ADC #662284**                                                                                                 **PLAINTIFF**

v.                           Case No. 4:20-cv-00313-KGB-JTK

**DEXTER PAYNE,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Brian Terrel Wright, Jr.'s, complaint for failure to state a claim upon which relief may be granted. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so ordered this 21st day of January, 2021.

Kristine G. Baker
United States District Judge