IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN TERREL WRIGHT, JR.,**
**ADC #662284**                                                                                           **PLAINTIFF**

v.                              Case No. 4:20-cv-00313-KGB-JTK

**DEXTER PAYNE,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Brian Terrel Wright, Jr.'s, complaint is dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so adjudged this 21st day of January, 2021.

_____
Kristine G. Baker
United States District Judge